# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESUS LARIOS, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-00158-RLH-PAL |
| vs. | ) | |
| GAUDIN FORD PORSCHE, JOHN HIUS, and TONY CASTILLO, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Waiver of Attendance of Insurance Representative at ENE (#21), filed August 9, 2010. To date, no opposition has been filed to this motion. Movant has substantially established good cause. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Waiver of Attendance of Insurance Representative at ENE (#21) is **granted**. Gary Kopacz, the insurance representative for HARCO insurance, is excused from physical attendance at the ENE scheduled for September 3, 2010.

DATED this 20th day of August, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge