FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
DUSTIN L. CLARK, ESQ.
Nevada Bar. No. 10548
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS LARIOS, | |
| Plaintiff, | Case No. 2:10-cv-00158-RLH-PAL |
| v. | |
| GAUDIN FORD PORSCHE | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| /s/ Dustin L. Clark, Esq. | /s/ Jesus Larios |
|---|---|
| Scott M. Mahoney, Esq. | Jesus Larios |
| Dustin L. Clark, Esq. | 4521 Avondale Avenue |
| 3800 Howard Hughes Pkwy., Suite 950 | Las Vegas, NV 89121 |
| Las Vegas, NV  89169 | In Proper Person |
| Attorneys for Defendant | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated:  October 18, 2010

- 1 -

LasVegas 86451.1